# UNITED STATES DISTRICT COURT
# Western District of Texas
# Austin Division

| | | |
|---|---|---|
| TIFFANY MCKAY, | § § | |
| *Plaintiff* | § § | CASE # 1:20-cv-00547-RP |
| v. | § § | |
| NATIONAL MANAGEMENT RECOVERY CORPORATION | § § § | |
| & | § § | |
| HARTFORD CASUALTY INSURANCE COMPANY | § § § | |
| *Defendants.* | § § | |

## STATUS REPORT AND NOTICE OF SETTLEENT

Plaintiff Tiffany McKay hereby files a status report pursuant to the Court's July 13, 2020 Order (Dkt. 13).

Plaintiff and Defendant National Management Recovery Corporation ("NMRC") have executed an agreement to resolve all claims against all parties.

Plaintiff's counsel had anticipated and hoped settlement would be complete by this date but NMRC has experienced delays. Plaintiff believes the delays are not in bad faith but due to staff working remotely at NMRC. Plaintiff anticipates completing settlement and

filing a notice of voluntary dismissal within 30 days. Plaintiff requests the Court retain this case on its docket for a further 30 days.

Respectfully Submitted,
By: /s Tyler Hickle
Plaintiff's Attorney

Tyler Hickle, SBN 24069916
Law Office of Tyler Hickle, PLLC
4005C Banister Lane, Ste. 120C
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com

## CERTIFICATE OF SERVICE

I, Tyler Hickle, certify that a copy of this document was served on Defendant National Management Recovery Corp.'s attorney via email on July 27, 2020.