IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIFFANY MCKAY, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:20-CV-547-RP |
| NATIONAL MANAGEMENT RECOVERY CORP. and HARTFORD CASUALTY INSURANCE COMPANY, | | |
| Defendants. | | |

# ORDER

On July 10, 2020, Plaintiff Tiffany McKay ("McKay") filed a status report indicating that she and Defendant National Management Recovery Corporation "have reached an agreement to resolve all claims against all parties." (Status Report, Dkt. 12, at 1). The Court then stayed this action until July 27, 2020 to enable the parties to finalize their settlement agreement. (Order, Dkt. 13). Now before the Court is McKay's status report indicating that the parties need an additional 30 days to complete their settlement agreement. (Status Report, Dkt. 14, at 1–2).

In light of McKay's status report, the Court **ORDERS** that all deadlines in this action are **STAYED** until **August 28, 2020**. McKay shall either file a notice of voluntary dismissal or a status report no later than **August 28, 2020**.

**SIGNED** on July 28, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE