**UNITED STATES DISTRICT COURT**
**Western District of Texas**
**Austin Division**

| | | |
|---|---|---|
| TIFFANY MCKAY, | § § § | |
| *Plaintiff* | § § | CASE # 1:20-cv-00547-RP |
| v. | § § | |
| NATIONAL MANAGEMENT RECOVERY CORPORATION | § § § | |
| & | § § | |
| HARTFORD CASUALTY INSURANCE COMPANY | § § § | |
| *Defendants.* | § § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Tiffany McKay hereby gives notice of dismissal of this suit with prejudice, under Fed. R. Civ. P. 41(A)(1)(i).

Respectfully submitted,

By: s/Tyler Hickle
Plaintiff's Attorney
Tyler Hickle, SBN 24069916
**Law Office of Tyler Hickle, PLLC**
4005C Banister Lane, Ste. 120C
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com

CERTIFICATE OF SERVICE

Tyler Hickle certifies that a true and correct copy of the foregoing was sent to Defendant's lawyer via email on August 28, 2020.