IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIFFANY MCKAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-547-RP |
| | § | |
| NATIONAL MANAGEMENT RECOVERY | § | |
| CORP. and HARTFORD CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 28, 2020, Plaintiff Tiffany McKay ("McKay") dismissed all claims in this case with prejudice. (Dkt. 16). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants National Management Recovery Corporation and Hartford Casualty Insurance Company have not served answers or motions for summary judgment. McKay's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 31, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE